# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158823(37)

MICHAEL ANTHONY SAPPINGTON and
ANGELA SAPPINGTON,
      Plaintiffs,

v

JOHN SHOEMAKE and TST EXPEDITED
SERVICES, INC.,
      Defendants,
and

CHEROKEE INSURANCE COMPANY,
      Defendant-Appellant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellee.
_____/

SC: 158823
COA: 337994
Wayne CC: 15-009836-NI

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before January 22, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019



Clerk